IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICHARD BRUCE THARPE, | § | |
| Plaintiff, | § | |
| | § | CIVIL NO. B-18-022 |
| V. | § | |
| | § | |
| AFFINION BENEFITS GROUP, LLC, | § | |
| Defendant. | § | |

# ORDER

Pending is the Magistrate Judge's May 22, 2018, Report and Recommendation in the above-referenced cause of action. [Doc. No. 12] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Richard Bruce Tharpe's motion to remand [Doc. No. 5] is denied, and Tharpe's motion for leave to amend his complaint [Doc. No. 9] is also denied.

Signed this 9th day of July, 2018.

Fernando Rodriguez, Jr.
United States District Judge